COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:    01-13-00145-CV

Trial Court Cause
Number:    39003

Style:    Helitrans Company

    **v** Rotocraft Leasing Co., LLC

Date motion filed[*]:    May 29, 2013

Type of motion:    Motion for extension of time to file reporter's record

Party filing motion:    Court reporter

Document to be filed:    Reporter's record

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:    February 28, 2013

    Number of previous extensions granted:    1

    Date Requested:    June 11, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  June 21, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Jim Sharp
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: June 7, 2013